[No. 52043-1-I. Division One. January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER FUALAAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01336-4, Catherine D. Shaffer, J., entered February 21, 2003. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 56777-2-I. Division One. January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. BENTLEY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10360-4, Douglass A. North, J., entered July 8, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57265-2-I. Division One. January 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD R. WHITTINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09932-0, Sharon S. Armstrong, J., entered October 19, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Baker, J., concurred in by Agid and Dwyer, JJ.

[No. 57396-9-I. Division One. January 14, 2008.]

VANGUARD INTERNATIONAL, INC., ET AL., *Respondents*, v. GUANGDONG FULLY, LTD., *Defendant*, VINCENT WU ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08337-1, Steven C. Gonzalez, J., entered November 29, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Coleman, J. Pro Tem.